IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

v.                                                 Case No. 24-CR-50-JDP

STEVEN ANDEREGG,

           DEFENDANT.

---

PROTECTIVE ORDER GOVERNING DISCOVERY

---

Upon the motion of the United States, pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a), it is hereby ORDERED that:

1. The discovery materials provided by the United States in this case (collectively, "the materials") are subject to this protective order and may be used by the defendant, the defendant's counsel, and investigators, paralegals, law clerks, experts, and assistants for the defendant's counsel (collectively, the "defense team") solely in connection with the defense of this case, and for no other purpose, and in connection with no other proceeding, without further order of this Court.

2. The defendant and the defendant's counsel shall not disclose the materials or their contents directly or indirectly to any person other than members of the defense team, persons who are interviewed as witnesses in this case, counsel for such witnesses, and other persons to whom the Court may authorize disclosure. Witnesses and their counsel may be shown copies of the materials as necessary to prepare the defense but may not retain copies without prior permission of the Court.

3.  The materials specified by the government as "protected material" in its application—that is, recorded statements of minors, Instagram chats and other communications involving minors or unknown third parties, and any personally identifying information about minors—or copies of the same, shall not be provided to the defendant to retain, although the defense team may allow the defendant to review the protected material.

4.  Upon conclusion of all stages of this case, unless otherwise ordered by the Court, all of the protected materials and all copies thereof shall be returned to the United States.

5.  Before filing any paper with the Court that discloses the name of or any other information concerning a minor, a party shall seek the Court's permission to file this paper under seal and publicly file a version of this paper with the portions that disclose the name of or other identifying information concerning a minor redacted. The parties may publicly file papers that use anonymous placeholders to refer to this information, such as "Minor 1" or "Minor 1's Account," so long as those placeholders do not disclose the name of or any other information concerning a minor.

6.  Nothing in this order shall preclude any party from applying to this Court for future relief or for modification of any provision hereof.

Dated: 5-28-24

_____
STEPHEN L. CROCKER
United States Magistrate Judge