# COURTROOM MINUTES
# CRIMINAL

DATE: 07/12/2024  DAY: Friday  START TIME: 1:02 PM  END TIME: 1:19 PM
JUDGE/MAG.: jdp  CLERK: acd  REPORTER: jld
PROBATION OFFICER: Plender  INTERPRETER:  SWORN: YES ☐ NO ☐
CASE NUMBER: 24-cr-50-jdp-1  CASE NAME: USA v. Steven Anderegg
PROCEEDING: Release Hearing

**APPEARANCES:**
ASST. U.S. ATTY.: William G. Clayman  DEFENDANT ATTY.: Joseph Aragorn Bugni

DEFENDANT PRESENT:  ☒ YES   ☐ NO   ☐ EXCUSED BY COURT

Magistrate Judge's order affirmed.

TOTAL COURT TIME: 17"