HURLEY BURISH, S.C.
ATTORNEYS

33 EAST MAIN STREET, SUITE 400
Mailing Address:
POST OFFICE BOX 1528
MADISON, WI 53701-1528

| | | |
|---|---|---|
| Jonas B. Bednarek | Andrew W. Erlandson | Tel. (608) 257-0945 |
| Cricket R. Beeson | Stephen P. Hurley | Fax. (608) 257-5764 |
| Marcus J. Berghahn | David E. Saperstein | www.hurleyburish.com |
| Joseph A. Bugni | Daniel J. Schlichting | Author's e-mail: |
| Mark D. Burish | Catherine E. White | jbugni@hurleyburish.com |
| Peyton B. Engel | | |

July 17, 2024

Honorable Stephen L. Crocker
District Court Judge
U.S. District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

    Re: ***United States of America v. Steven Anderegg***
       W.D. Case No. 24 cr 50 (jdp)

Dear Judge Crocker,

  In anticipation of tomorrow's scheduling conference, the parties have looked at their respective calendars and (if it is amenable to the Court) would suggest a trial date in February.

  This fact could affect timing, so I am offering this ahead of time: in addition to motions attacking the indictment, the defense plans to attack the search warrants. This Court issued the search warrants. I know that over the years that the Court has sometimes addressed its own search warrants (and found no probable cause) and at times it has just had those challenges go to the Article III Judge. I wanted to highlight the fact that the defense is attacking the warrant and allow the Court the time it needs to make a decision on how it wants to proceed.

  Thank you for your attention to this matter.

H‍URLEY B‍URISH, S.C.
___

Honorable Stephen L. Crocker
July 17, 2024
Page 2

                              Sincerely,

                              HURLEY BURISH, S.C.

                              *Electronically signed by Joseph A. Bugni*

                              Joseph A. Bugni

JAB:mns
F:\-clients\Anderegg Steven\Correspondence\Judge Crocker 24-07-17.docx