UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.                                                  Case No. 24-cr-50-JDP

STEVEN ANDEREGG,

    *Defendant.*

---

### FOURTH PRETRIAL MOTION:  MOTION TO COMPEL PRODUCTION OF THE GRAND JURY INSTRUCTIONS

---

    Steven Anderegg, by counsel, moves to compel the production of the grand jury instructions. As argued in the omnibus brief in support of the pretrial motions, the only way that the grand jury could issue the charges in this case is if they were improperly instructed on the law and the standards that govern obscene materials. Consistent with Anderegg's Fifth Amendment rights, the defense requests that the Court order for *in camera* inspection the instructions given to the Grand Jury for these charges.

    Dated this <u>23rd</u> day of September, 2024.

                                                Respectfully submitted,
                                                STEVEN ANDEREGG, *Defendant*

                                                <u>*Electronically signed by Joseph A. Bugni*</u>
                                                Joseph A. Bugni
                                                *Wisconsin Bar No.* 1062514
                                                HURLEY BURISH, S.C.
                                                33 E. Main Street, Suite 400
                                                Madison, WI 53703
                                                (608) 257-0945

jbugni@hurleyburish.com

2

Hurley Burish, s.c.