UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.                                                     Case No. 24-cr-50-JDP

STEVEN ANDEREGG,

    *Defendant.*

---

### FIFTH PRETRIAL MOTION:  MOTION FOR A BILL OF PARTICULARS

---

    Steven Anderegg, by counsel, moves to compel the production of a bill of particulars as to which images the grand jury found to constitute obscene images. As argued in the omnibus brief in support of the pretrial motions, the only way that Anderegg can prepare for trial is to know which of the images seized and discussed in the discovery were shown to the grand jury for it to decide that there was probable cause to believe it constitutes obscene materials. Thus, consistent with Anderegg's Fifth Amendment rights, the defense requests that the Court order the government to produce a very limited bill of particulars setting out precisely which images the grand jury found constitute obscene materials.

    Dated this <u>23rd</u> day of September, 2024.

                                                     Respectfully submitted,

                                                     STEVEN ANDEREGG, *Defendant*

*Electronically signed by Joseph A. Bugni*
Joseph A. Bugni
*Wisconsin Bar No.* 1062514
HURLEY BURISH, S.C.
33 E. Main Street, Suite 400
Madison, WI 53703
(608) 257-0945
jbugni@hurleyburish.com
