AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:24-cr-50 |
| Steven Anderegg | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 12/03/2024

/s Ross B. Goldman
*Attorney's signature*

Ross B. Goldman
*Printed name and bar number*
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section
1301 New York Ave. NW
Washington, DC 20530
*Address*

Ross.Goldman@usdoj.gov
*E-mail address*

(202) 532-4153
*Telephone number*

(202) 514-1793
*FAX number*