# CURRICULUM VITAE

**David J. Ley Jr. Ph.D. ABPP**
**Clinical Psychologist**
**Certified Sex Therapist & Supervisor of Sex Therapy**

707 Broadway NE #500
Albuquerque, NM 87102
(505) 248-2724 (office)
(505) 234-2018(cell)
davidleyphd@gmail.com

**Licensed Clinical Psychologist** – New Mexico #0834, July, 2002.
**Licensed Psychologist** – Nevada #0571 2009 – 2012 (License inactive)
**Licensed Psychologist** – North Carolina #4960, 2016
**Board Certified Clinical Psychologist** – ABPP 2023
**Board Certified Sex Therapist** – AASECT 2016
**Board Certified Sex Therapist Supervisor** – AASECT 2017

**QPR Master Suicide Prevention Trainer**
**Member, Board of Directors, Albuquerque Healthcare for the Homeless, FQHC.** 2017-present
**Member, Vice president, New Mexico Board of Psychologist Examiners** – Appointed in October 2020 to 3 year term by Governor Michelle Lujan-Grisham.
**Member, Editorial board, Archives of Sexual Behavior,** Appointed January 2021.
**Director, Board of Directors, National Council for Mental Well-Being** (formerly National Council for Behavioral Health). Appointed to three year term, June 2021.
**President, Member, Board of Directors, New Mexico Behavioral Health Provider Association.** Served on Board since 2004. Multiple terms as President, Vice President, Secretary.
**Member, Advisory Board, Syncronys Health Information Exchange.** 2023.

## Educational History

Doctor of Philosophy (2001) Clinical Psychology; University of New Mexico
Master's of Science (1997) Psychology; University of New Mexico
Bachelor of Arts (1995), Magna Cum Laude, Majors in Philosophy and Psychology; University of Mississippi

## Current Professional/Clinical Activities

**October 2021 – Co-Director – Certification Program in Treatment of Problem Sexual Behavior – Sexual Health Alliance.**

**October, 2020 - Volunteer Faculty, University of New Mexico School of Medicine, Department of Psychiatry and Behavioral Sciences** – Forensics psychology postdoctoral fellowship program.

**09/2004 – Current. Executive Director, New Mexico Solutions; Vice President, River Valley Consulting.** Albuquerque, NM; Owensboro, KY.
- Serve as Executive Director of Outpatient Behavioral Health agency, offering Treatment Foster Care, Case Management, Outpatient Therapies, Assertive Community Treatment, Crisis Triage Center and Chemical dependency services to children, families and adults, in 5 locations through Central New Mexico.
- Supervise annual budget (currently $8M+) development and administration. Approximately quintupled annual revenues over tenure, increasing direct services and reducing direct expenses.
- Grantwriting – Have won numerous RFPs and grant awards, resulting in approximately $25M in various recurring grant funds.
- Achieved and maintained clinical national accreditation (CARF) for agency services.
- Shifted funding from an exclusively Medicaid-based service structure to a diverse structure serving commercial and public contracts in addition to Medicaid.
- Administratively and clinically supervise staff/providers that includes Treatment Foster Parents, outpatient, home-based and school-based psychotherapists, case managers, psychiatrists, drug and alcohol counselors, activity therapists, serving an open client caseload of 3000+.
- Lead program development locally, expanding outpatient services and increasing community presence. Quadrupled volume of unduplicated consumers served. Diversified services and payment sources.
- Developed and implemented a successful Behavioral Health Crisis Triage Center, with integrated mobile crisis services in Santa Fe, NM.
- Lead contract negotiations and interagency relationships with other providers, advocacy groups and state agencies.
- Provide trainings to staff in multiple states regarding behavioral health issues, suicide assessment, intervention and prevention, and the treatment of sexual offending adolescents.
- Oversaw development and implementation of adult, family and adolescent drug and alcohol treatment program.
- Support implementation of behavioral health and sexual health programs in multiple states, consulting in initial program development and implementation.
- Provide clinical supervision within company/agency.
- Credentialed provider of psychological services, including psychotherapy and psychological assessments, specializing in treatment of sexual health-related issues.
- Conducts psychological evaluations and treatment recommendations regarding sexual behaviors and misbehaviors.
- Carries ongoing clinical caseload of therapy and mental health evaluations, diagnostic consultations.
- Oversee development of clinical services for outpatient psychotherapy, sex offenders, Assertive Community Treatment, autism services, and other programming, in Nevada, North Carolina and Kentucky.

**Consultant: Current**
- Provide clinical supervision, business, billing and practice management consulting to a wide variety of healthcare providers.
- Provide expert witness testimony on forensic matters related to mental health, sexuality, etc.
- Provide nationwide mental health/sexuality trainings for several national groups.

## Professional/Community Organizations, Elected Offices Held

**Member, American Psychological Association. Public Education Campaign Coordinator, New Mexico.** 2015-2016. Left APA due to ethical concerns with the organization.

**Member, New Mexico Psychological Association**. 2007 - Present

**Member of Board of Directors, President, Vice President, New Mexico Youth Provider Alliance/New Mexico Behavioral Health Provider Association.** New Mexico. **2006 – Current.**

**Board Member/Executive – Mental Health Response Advisory Committee (MHRAC).** Member of DOJ-mandated advisory board to Albuquerque Police Department, reviewing and advising on mental health related law enforcement training and policy matters. Since 2015.

**Member, Secretary, Board of Directors – Albuquerque Healthcare for the Homeless.** Nonprofit federally qualified health center. Since 2016.

**Member, Board of Directors, Parents for Behaviorally Different Children.** Albuquerque New Mexico. **2006 – 2009.**

**Committee Member, Value Options National Credentialing Committee.** Virginia Beach, VA. **2007 – 2009.**
- Voting member, regarding credentialing of behavioral health providers for national panel.

**Committee Member, High Desert Family Services Human Rights Committee. Albuquerque, NM. 2007 – Current.**

**Committee Member, United Behavioral Health Credentialing Committee**. **2009 – Current**
- Voting member, regarding credentialing of behavioral health providers for national panel.

## Past Professional/Clinical Experience

**2005 – 2007. Peer Reviewer, New Mexico Medical Review Association.** Albuquerque, NM.
- Conduct second-level review of managed care denials and actions.

**09/2003 – 09/2004. Manager, Behavioral Health Services, Lovelace Salud Health Plan.** Albuquerque, NM.
- Administrative and clinical direction of the behavioral health services administered for 65,000 Medicaid members throughout New Mexico. Supervise Utilization Management and Care Coordination activities conducted by department staff.
- Departmental leadership, management of budget, personnel direction for department of twenty-five professional and clerical staff.
- Liaison and troubleshooting with representatives of other Managed Care Organizations, as well State and Federal agencies and special interest/advocacy organizations.
- Oversight of internal review practices to ensure quality of services provided by behavioral health practitioners.
- Oversight of reporting to State agencies on Medicaid spending and clinical services provided

by Lovelace. Oversight of successful audit presentations to multiple regulatory oversight agencies.
- Direction of departmental and company plans for transition of behavioral health department to different administrative systems and to provide management to new populations.
- Participate in state-wide groups designing and improving delivery of behavioral health services, both to specific populations and throughout the state. Active participant in Behavioral Health Redesign activities in New Mexico, involving fifteen State agencies and multiple private and public groups.

**08/2002 – 12/2003. Private Practice.** Private practice consulting in Las Vegas and Albuquerque, NM.
· Psychological Evaluations, including custody disputes, forensic issues and general therapeutic issues.
· Consultation re. program evaluation, including data analysis, research design and interpretation.

**08/2002 – 09/2003. CARE Clinical Director.** CARE Program. Las Vegas Medical Center, Las Vegas NM.
· Clinical lead for a residential treatment center for juvenile sex-offenders. Responsible for program development, improvement and evaluation. Administrative direction of staff, budget and program.
· Provide clinical supervision for staff and interns.
· Conduct psychological evaluations of juveniles.
· Privileged member of medical staff.
· Supervise communication and contact with behavioral health organizations, regarding payment for services. Oversee treatment plan, liaison with BHO management.
· Monitor and ensure compliance with licensing and certification requirements. Oversight of reporting to State agencies on Medicaid spending and clinical services provided by Lovelace. Oversight of successful audit presentations to multiple regulatory oversight agencies.
· Medical staff member of facility Ethics and Information Management Committees.
· Court testimony regarding treatment program and clients.
· Conduct adult forensic evaluations, as needed, at LVMC-Forensic Division.

**10/2001-07/2002. Staff Psychologist.** Ft. Bend County Juvenile Probation Department.
· Psychological evaluations of pre-adjudication juveniles.
· Provide formal and informal testimony to juvenile courts regarding psychological evaluations.
· Crisis intervention with juveniles.
· Supervised interns and practicum students.

**09/2000-10/2001.  Staff Psychologist**. Jefferson County State School, Texas Youth Commission.
Clinical duties:
- Perform comprehensive psychological evaluations for placement, referral, and treatment planning.
- Assess and intervene with suicidal youth.
- Crisis intervention for youth.
- Individual and group therapy with treatment-resistant youth.
- Conduct psychological assessments for Academic Review Determinations (ARDs) and make recommendations for school interventions and accommodations.

Supervision and management duties:
- Program development and assessment.
- Department liaison for facility accreditation process.
- Serve as acting director, in the absence of department head.
- Clinical supervision of therapists and service workers.
- Develop staff training on clinical issues involved in working with juvenile delinquents.
- Testify in legal proceedings regarding psychological treatment and evaluation of youth.

**8/1999–8/2000. Clinical Psychology Intern**. Baylor College of
Medicine, Department of Psychiatry and Behavioral Sciences.
- Performed psychological (neuropsychological, personality, cognitive) assessments, on inpatient psychiatric unit, outpatient clinic and as part of the Baylor Adult Clinic for Attention Problems.
- Provided group and individual psychotherapy and psychological evaluations for adult sex-offenders in the Baylor Sex Abuse Treatment Program.
- Conducted child custody evaluations as part of the Baylor Family Law Program.
- Performed comprehensive psychological evaluations of children and adolescents in outpatient, partial hospitalization and school settings.
- Provided interpersonal, family and group psychotherapy with children and adolescents in outpatient and nontraditional settings.
- Treatment team for inpatient adult psychiatric unit.
- Provided group and individual psychotherapy to psychiatry inpatients.
- Member, Psychiatric Consultation and Liaison team to other hospital units.

**6/1998-9/1999. ADHD Coordinator**. ADHD Assessment Project, University of New Mexico Psychology Clinic. Administration and development of a testing program for ADHD.
- Conducted comprehensive psychological evaluations of children, adolescents, and adults referred for attentional problems.
- Provided feedback on evaluation results to individuals, families and teachers.

**2/1998-8/1998. Psychological Evaluator**. University of New Mexico Psychology Clinic.
Supervisor: Dr. Matthews.
Conducted psychological evaluations for the Albuquerque Metro Court, and Probation Division.

**1/1998-6/1998. Therapy Intern.** Albuquerque Police Department Psychology Services**.**
- Interpersonal therapy with children of police officers, and their parents.
- Assisted in referral of police families and children to community resources.
- Participated in staff reviews of fitness-for-duty and pre-employment evaluations of police officers.

**6/1997-9/1998. Practicum Intern.** Family Assessment Intervention Resources Program(FAIR)
Second Judicial District Court of New Mexico.
- Conducted initial interviews, personality testing and neuropsychological testing of couples court-ordered for domestic-violence and involved in custody disputes.
- Presented summary reports of intake evaluations to staff and provided recommendations for treatment course.
- Co-facilitated treatment groups of male partners of domestically violent couples.
- Provided individual domestic violence counseling.

- Participated as co-evaluator in court-ordered evaluations of competency to stand trial and in custody evaluations.

**9/1996-8/1999. Therapist.** University of New Mexico Psychology Clinic.
- Conducted interpersonal therapy with adults, adolescents, children and couples.
- Performed initial intake interviews and evaluations of incoming clinic patients, preparing intake summaries and reports.

**6/1997-12/1997. Therapist.** Cibola County Juvenile Corrections Center. University of New Mexico.
- Conducted interpersonal individual and group therapy with incarcerated male adolescents (14 adolescents between ages of 15 and 19).
- Conducted individual and group drug and alcohol counseling and anger management therapy as well as process-based psychotherapy.

**Summer 1996. Psychology Trainee.** Albuquerque Veterans Affairs Hospital.
Family Psychology:
- Assessed families, couples and individuals for treatment-oriented recommendations and evaluations.
- Provided psychotherapy to families, couples, and individuals including veterans and their relatives.

Spinal Cord Injury Unit:
- Completed assessments and annual psychological evaluations of spinal cord injured veterans.
- Conducted individual therapy with veterans with spinal cord injuries. Participated in Team Treatment meetings for inpatients.
- Trained on administration of various cognitive and neuropsychological instruments.

**1996-1997. Diagnostic Interviewer.** University of New Mexico Psychology Department.
- Administered Diagnostic and Statistical Manual-IV Structured Interview (SCID -IV) as part of ongoing clinical research project.

**Summer 1994. Extern.** Foundation For Families, Counseling and Consultation, Arnold, Maryland.
- Co-therapist for sex-offender treatment program.
- Assessed program methods and goals. Prepared and presented a written analysis subsequently used by program in developing treatment procedures.

## Publications

Christine C. Call, Alexandra R. Tabachnick, Irene Tung, Stefanie L. Sequeira, Orma Ravindranath, Cassandra L. Boness, Lindsay Sortor, Lucy Ogbu-Nwobodo, David Ley, Kristen Eckstrand, and Debora J. Bell, "What Mental Health Professionals Need to Know to Protect Their Patients and Themselves in the Post-Dobbs Era", Scholars Strategy Network, September 2024.

Prause, N. & Ley, D. (2023) Violence on Reddit support forums unique to r/NoFap. Deviant Behavior. In press.

Grubbs, J., Fernandez, D., Fernadez, E., Ley, D. (2023) Antagonism drives link between

Ley 7

narcissism and perceived addiction to pornography. Journal of Research in Personality. In press.

Prause, Binnie, Ley. (2023). Iatrogenic sex therapies: emotional harms, violent threats, and expense of "Reboot" anti-masturbation programs, Poster presented at IASR, August 2023.

Prause, Pelosi, Ley. (2022). Content analysis of "Dignity" supports "grindstone" as a predatory journal type. Research Evaluation. In review.

Ley, D. (2019). Treating Those Who Struggle with Sexual Desires. In Hertlein, Ed., Systemic Sex Therapy, 3rd Edition. Routledge, in press. https://doi.org/10.1007/s10508-018-1388-z

Ley, D. (2019). Commentary: Contextualizing Use of Sexual Media–Just the First Step. Archives of Sexual Behavior, In press.

Ley, D. (2018). The pseudoscience behind public health crisis legislation. Porn Studies, Published online Feb 2018. 10.1080/23268743.2018.1435400.

Lehmiller, J., Ley, D. & Savage, D. (2017). The Psychology of Gay Men's Cuckolding Fantasies. Archives of Sexual Behavior, In press.

Willging CE, Harkness A, Israel T, Ley D, Hokanson P, DeMaria M, Joplin A, Smiley V. (2017) Mixed-Method Evaluation of LGBTQ Peer Advocacy Intervention. Community Mental Health Journal, 54(4), 395-409. 10.1007/s10597-017-0168-x

Ley, D. & Grubbs, J. (2017). Commentary - The Sexhavior Cycle: Good Review, but Still Not Enough Data to Support A New Theory. Archives of Sexual Behavior. (In Press)

Ley, D. (2016) Ethical Porn for Dicks: A Man's Guide to Responsible Viewing Pleasure. Three-L Press. Berkeley, CA.

Willging, C., Israel, T., Ley, D., Trott, E., DeMaria, C., Joplin, A., Smiley, V. (2016). Coaching mental health peer advocates for rural LGBTQ people. Journal of Gay & Lesbian Mental Health. 10.1080/19359705.2016.1166469.

Ley, D. (2016). "The Use of "Sex Addiction" in U. S. Legal Proceedings." In Very Different Voices: Perspectives and Case Studies in Treating Sexual Aggression. David Prescott & Robin Wilson, Ed. NEARI Press. Holyoke, MA.

Israel, T., Willging, C., & Ley, D. (2016). Development and Evaluation of Training for Rural LGBTQ Mental Health Peer Advocates. Journal of Rural Mental Health. In press.

Ley, D. (2016). "Sex Addiction: An Iatrogenic and Moral Concept." In, The International Handbook of Sexual Addiction, Thaddeus Birchard and Joanna Benfield, Eds. Routledge International. In press.

Ley, D., Brovko, J., Reid, R. (2015) Forensic applications of "sex addiction" in US legal proceedings. *Current Sexual Health Reports*. DOI: 10.1007/s11930-015-0049-7

Greenfield, B., Owens, M., Ley, D. (2014) Opioid Use in Albuquerque, New Mexico: A Needs Assessment of Recent Changes and Treatment Availability. Addiction Science & Clinical Practice.2014, 9:10 DOI: 10.1186/1940-0640-9-10

Israel, T., Willging, C. E., & Ley, D. J. (2014, August). Development and Evaluation of Training for LGBTQ Mental Health Peer Advocates. Poster accepted for presentation at the American Psychological Association Annual Convention, Washington, DC.

Ley, David, Prause, Nicole, Finn, Peter. (2014) The Emperor Has No Clothes: A Review of the "Pornography Addiction" Model, *Current Sexual Health Reports*. DOI 10.1007/s11930-014-0016-8.

David J. Ley Ph.D. (2014) A Review of "Treating Transgender Children and Adolescents: An Interdisciplinary Discussion", Journal of Sex & Marital Therapy, 40:1, 69-70, DOI: 10.1080/0092623X.2013.854548

Ley, David J. (2013) "Sex and Religion in a Three-Dimensional Context." Sexuality & Culture: 17, Issue 1 (2013), Page 185-188

Semansky, R., Willging, C., Ley, D., Rylko-Bauer, B. (2012) Lost in the Rush to National Reform: Recommendations to Improve Impact on Behavioral Health Providers in Rural Areas. Journal of Health Care for the Poor and Underserved 23 (2012): 842–856.

Ley, David J. (2012) The Myth of Sex Addiction. Rowman & Littlefield. Lanham, MD.

Ley, David J. (2009) Insatiable Wives: Women who stray and the men who love them. Rowman & Littlefield. Lanham, MD.

Ley, David J. & Ruebush, Britton K. (1998) Correlates and Predictors of Broken Appointments at a Family and Child Guidance Center. Psychiatric Outpatient Centers of America (POCA) Press, 25, (1), p. 17-20.

## Selected Media Presentations

**2009-Present "Women Who Stray Blog."** Psychology Today. Over 15 million readers.
https://www.psychologytoday.com/us/blog/women-who-stray

**2022. The Wall Street Journal.** Startups aim to broaden the market for sexual health devices. Hallie Lieberman.
https://www.wsj.com/articles/startups-aim-to-broaden-the-market-for-sexual-health-devices-11641571215

**2021. CNN.** After Billie Eilish talks about porn, experts urge parents and kids to have straight talk about sex. Matt Vilano.
https://www.cnn.com/2021/12/23/health/billie-eilish-porn-sex-education-wellness/index.html

**2021. Dr. Phil Show.**
https://www.drphil.com/videos/woman-asked-to-consider-alternate-explanation-for-some-of-her-beliefs-threatens-to-walk-off/

**2021. Santa Fe New Mexican.** Santa Fe County opens crisis treatment center at La Sala.
https://www.santafenewmexican.com/news/local_news/santa-fe-county-opens-crisis-t

reatment-facility-at-la-sala/article_e9c8f1ae-ff74-11eb-bed3-9b957b18c872.html?utm_medium=social&utm_source=email&utm_campaign=user-share

**2021. Washington Post.**
https://www.washingtonpost.com/nation/2021/03/18/sex-addiction-atlanta-shooting-long/

**2019, The Daily Show with Trevor Noah.** Why is the Alt-Right So Angry?
https://www.cc.com/video/bgws7v/the-daily-show-with-trevor-noah-why-is-the-alt-right-so-angry

**2019, The Shake-Up.** Documentary film. Ben Altenberg, Director.

**2019, June. The New York Times.**
https://www.nytimes.com/2019/06/07/us/hate-groups-porn-conspiracy.html

**2019, March. Gizmodo.**
https://gizmodo.com/the-fake-sex-doctor-who-conned-the-media-into-publicizi-1832711205

**2018, February. The Washington Post.**
https://www.washingtonpost.com/national/in-utah-the-fight-against-porn-is-increasingly-being-framed-as-a-public-health-crisis/2018/02/17/87bf761e-13ea-11e8-9065-e55346f6de81_story.html?utm_term=.8253803e724d

**2017 November – Dr. Oz Show:**
http://www.doctoroz.com/episode/sex-rehab-therapy-sex-addiction-real-or-pr-stunt?video_id=5648075120001

**2017 November The Economist Magazine.** Emily Bobrow.
https://www.1843magazine.com/features/can-you-really-be-addicted-to-sex

**October 2017 – CBC Radio.** Bob MacDonald.
http://www.cbc.ca/radio/quirks/october-21-2017-1.4363723/sorry-harvey-weinstein-sex-addiction-isn-t-real-1.4363737

**2017 September – Report from Santa Fe.** http://reportfromsantafe.com/

**2017 February – Addicted to Porn: Chasing the Cardboard Butterfly.** Justin Hunt, Director.
http://www.imdb.com/title/tt5946552/

**2016 Time Magazine.** April. Belinda Luscombe
http://time.com/magazine/us/4277492/april-11th-2016-vol-187-no-13-u-s/

**2016 Congressional Quarterly,** October. Sarah Glazer**:** http://library.cqpress.com/cqresearcher

**2016 The Economist.** November. Emily Brobow**.**
https://www.1843magazine.com/features/whats-wrong-with-infidelity

**2014 NPR, On Point with Tom Ashbrook.**
http://onpoint.wbur.org/2014/04/23/life-coaching-therapy-big-business

**2014 CBC, Day 6.**
http://www.cbc.ca/day6/blog/2014/03/27/nymphomaniac-is-sex-addiction-real/

**2014 Generation Porn. CBC Radio, Ideas with Paul Kennedy.**
http://www.cbc.ca/ideas/episodes/2014/03/10/generation-porn/

**2014 Porn, Addictive? There's no proof.** Tracy Clark Flory. Salon.
http://www.salon.com/2014/02/16/porn_addictive_theres_no_proof/

**2014 Why porn addiction isn't drug or alcohol addiction, or even an addiction at all.** Chris Weller, Medical Daily.
http://www.medicaldaily.com/why-porn-addiction-isnt-drug-or-alcohol-addiction-or-even-addiction-all-269242

**2014 Is sex addiction a legitimate disorder?** Addiction Professional Magazine.
http://www.addictionpro.com/article/sex-addiction-legitimate-disorder

**2013 SBS Insight. Guest appearance on Australian public television show.**
http://www.sbs.com.au/insight/episode/overview/577/Sex-Addiction

**2009-2013 Dr. Phil Show. Multiple guest appearances as expert on sexuality and sex addiction.**

**2012 Anderson Cooper Show.** http://www.youtube.com/watch?v=ZgAorrSKZGw


**Selected Invited Presentations and Lectures**

**June 13, 2024: Social Media and Sexual Health Information.** International Society for Sexual Medicine (ISSM).

**June 1 & 2, 2024: Ethics and Ethical Decision-Making for Sexual Health Professionals.** Sexual Health Alliance.

**April 5, 2024. PLENARY: Leading clients to water: Hypersexuality and research-based methods to decrease distress** | Nicole Prause, PhD & David Ley, PhD. SSTAR, Toronto CA.

**February 16, 2024. Maintaining Sex Positive Mentality Amidst Moral Panics.** Center for Sex Positive Sexuality Conference, Burbank CA.

**August 1, 2023. Integrating Principles of Sexual Health Into Clinical Practice.** UNM HIV ECHO program.

**November 2020. Forensic Misuse of Sex Addiction Diagnosis and Treatment.** University of New Mexico Medical School, Department of Psychiatry. Law and Mental Health Services.

**April, 2019. Keynote: Developing Responsible use of Pornography in Adolescents.** Continuum Conference, Toronto, CA**.**

**November 12, 2018. Developing Sexual Integrity.** The Masculinity Paradox: Sessions with Esther Perel. New York City. https://events.estherperel.com/sessions-live-2018/

**September 29, 2017. Integrating Porn and Love.** Stanford University. World Sexual Health Day.

**October 2016. Adult Attachment and Modern Sexual Diversity.** NM Psychological Association. Albuquerque NM.

**September 2016. Keynote.** CatalystCon West. Los Angeles

**August 2016. Moving Beyond Sex Addiction. Closing keynote,** AASECT Summer Institute. St. Louis MO.

**April 2016. Keynote.** SSTAR Annual conference. Chicago.

**2015 Transitioning to the DSM-5 and ICD-10. A clinical and logistical overview for behavioral health providers.** NM Behavioral Health Provider Association.

**2014 Role of Pornography in Sexual Relationships and Culture**. Southwestern College, Santa Fe, NM. Certificate in sexuality counseling

**2014 Guest Lecturer: Harvard University, Human Sexuality**

**2012 The Impact of the Sex Addiction Industry on Sexual Freedoms.** The Center for Sex and Culture, San Francisco, CA.

**2012 Addressing the Myth of Sex Addiction in Sexological Services.** The Institute for Human Sexuality, San Francisco, CA.

**2012 Developing a Peer Advocate Intervention for Rural LGBTQ Populations.** Presented at: 2012 Psychosocial Rehabilitation Association of New Mexico Conference; 2012 New Mexico Consumer Wellness Conference

**2012 Keynote Presentation: The Myth of Sex Addiction.** 5th Annual Alternative Sexualities Conference, Chicago.

**2009 Suicide Intervention, Assessment and Triage.** Highlands University.

**2009 Normative Adolescent Sexuality –** 4th Annual Sexual Assault Conference – Farmington, NM

**2007 The Out-of-Home Behavioral Healthcare System of New Mexico.** New Mexico Association of Social Work Supervisors Fall Conference.

**2007 Suicide Intervention, Assessment and Triage.** New Mexico Psychological Association. University of New Mexico Clinical Psychology Graduate Program.

**2007 Suicide Prevention in a Primary Practice Medical Setting.** Sandia Laboratories.

**2007 Suicide Prevention in Foster Care.** Albuquerque Treatment Foster Care Training Collaborative.

**2006 Normative Adolescent Sexuality.** New Mexico Youth Provider Alliance/6th Annual Multi-Regions Youth Services Conference.

**2006 Child and Adolescent Sexuality in a School Setting.** Ralph Bunch Charter School, Albuquerque, NM.

**2006 Working with the Wild Child: Dealing with the Difficult Child and Family.** American Counseling Association 2006 Conference.

**2005 Supporting Parents in Dealing with Adolescent Behavioral Health and Chemical Dependency Issues.** New Mexico MESA Inc. Parent Learning Institute.