HURLEY BURISH, S.C.　　　　　　　　　　　　　　　　　　　33 EAST MAIN STREET, SUITE 400
ATTORNEYS　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mailing Address:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　POST OFFICE BOX 1528
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MADISON, WI 53701-1528

| | | |
|---|---|---|
| Jonas B. Bednarek | Andrew W. Erlandson | Tel. (608) 257-0945 |
| Cricket R. Beeson | Stephen P. Hurley | Fax. (608) 257-5764 |
| Marcus J. Berghahn | David E. Saperstein | www.hurleyburish.com |
| Joseph A. Bugni | Daniel J. Schlichting | Author's e-mail: |
| Mark D. Burish | Catherine E. White | jbugni@hurleyburish.com |
| Peyton B. Engel | | |

January 23, 2025

Honorable James D. Peterson
District Court Judge
U.S. District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

　　　　Re:　*United States of America v. Steven Anderegg*
　　　　　　　W.D. Case No. 24 cr 50 (jdp)

To the Honorable James D. Peterson,

　　　In anticipation of tomorrow's hearing, I am writing to alert the Court to a change in circumstances that would necessitate holding another scheduling conference in a few weeks.

　　　Today I learned that my noticed expert Dr. Ley will no longer be able to participate in this case for personal reasons he did not want disclosed. I sent a copy of the email to the government. The parties had a phone call this afternoon to discuss the matter and how we should proceed. And this is what I propose we do: hold the hearing tomorrow to discuss whatever the Court wants to discuss and give me two additional weeks to try and find a new expert. From my initial search, there are *few* in this field, and I do not know if I can find someone else. But I owe it to Mr. Anderegg to try. Once I know whether I can find another expert, we can have the scheduling conference.

　　　I would prefer to go that route rather than possibly have to move the trial if the expert turns out to not be available when the trial is scheduled. I have spoken to AUSAs Clayman and Goldman and neither object to proceeding in this manner.

Hurley Burish, s.c.

Honorable James D. Peterson
January 23, 2025
Page 2

    Thank you for your attention to this matter.

                         Sincerely,

                         HURLEY BURISH, S.C.

                         *Electronically signed by Joseph A. Bugni*

                         Joseph A. Bugni

JAB:mns
F:\-clients\Anderegg Steven\Correspondence\Judge Peterson 24-10-23.docx