IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.

STEVEN ANDEREGG,

                Defendant.

ORDER

24-cr-50-jdp

---

At today's telephonic status conference, the court set the following schedule:

- The government's expert disclosures: February 21, 2025
- Defendant's expert disclosures: March 7, 2025
- Final pretrial conference submissions: March 21, 2025
- Telephonic final pretrial conference: March 26, 2025, at 9:00 a.m.
- Final hearing: April 2, 2025, at 1:30 p.m.
- Jury selection and trial: April 7, 2025, at 9:00 a.m.

The court directed the parties to confer within 14 days to discuss (1) paring the list of images the government plans to use at trial to a manageable number; and (2) a mechanism for producing those images to defense counsel before trial.

Entered February 7, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge