IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                               Case No.  24-cr-50-jdp

STEVEN ANDEREGG,

        Defendant.

---

**NOTICE OF APPEAL**

---

Notice is hereby given that the United States of America, the plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from an order docketed in this case on February 13, 2025 (Doc. No. 73), granting the defendant's pretrial motion to dismiss Count 4 of the indictment, which charges that the defendant possessed at least one obscene visual depiction of a minor engaging in sexually explicit conduct, in violation of 18 U.S.C. § 1466A(b)(1), (d)(4).

Dated this 3rd day of March, 2025.

                                          Respectfully submitted,

                                          STEVEN J. GROCKI
                                          Chief

                                          By: /s/ William G. Clayman
                                          William G. Clayman
                                          Trial Attorney
                                          Child Exploitation & Obscenity Section
                                          Criminal Division
                                          U.S. Department of Justice

CERTIFICATE OF SERVICE

      I hereby certify that on March 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF System.

                                                  /s/ William G. Clayman
                                                  William G. Clayman