IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 24-cr-50-jdp

STEVEN ANDEREGG,

Defendant.

---

**DOCKETING STATEMENT**

---

The United States of America, by and through undersigned counsel, files this docketing statement pursuant to Seventh Circuit Rules 3(c) and 28(a).

1. On May 15, 2024, a federal grand jury in the Western District of Wisconsin returned a four-count indictment charging defendant Steven Anderegg with production of obscene imagery depicting a minor engaged in sexually explicit conduct, in violation of 18 U.S.C. § 1466A(a)(1), (d)(4); distribution of such material, in violation of 18 U.S.C. § 1466A(a)(1), (d)(1); transferring obscene material to a minor under the age of 16, in violation of 18 U.S.C. § 1470; and possession of obscene imagery depicting a minor engaged in sexually explicit conduct, in violation of 18 U.S.C. § 1466A(b)(1), (d)(4). Doc. No. 2.

2. Before trial, Anderegg moved to dismiss all four counts; to suppress evidence and for a *Franks* hearing; for in camera review of grand jury information; to

compel the government to provide copies of the charged imagery to the defense; and for a bill of particulars. Doc. Nos. 50-52. The government filed an omnibus response, Doc. No. 64, and Anderegg filed a reply, Doc. No. 68.

3. On February 13, 2025, the district court filed an opinion and order granting Anderegg's motion to dismiss the possession count; denying as moot the motion for a bill of particulars; noting that the court had already ordered the government to provide a short list of images most relevant to the production and possession counts; and denying all other relief. Doc. No. 73.

4. The district court had jurisdiction under 18 U.S.C. § 3231 because this is a federal criminal prosecution. The government filed a timely notice of interlocutory appeal from the district court's February 13, 2025 decision on March 3, 2025. *See* Fed. R. App. P. 4(b)(1)(B). This Court has jurisdiction over this interlocutory appeal under 18 U.S.C. § 3731.

Dated this 3rd day of March, 2025.

Respectfully submitted,

STEVEN J. GROCKI
Chief

By:
/s/ William G. Clayman
William G. Clayman
Trial Attorney
Child Exploitation & Obscenity Section
Criminal Division
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF System.

/s/ William G. Clayman
William G. Clayman