# COURTROOM MINUTES
# CRIMINAL

DATE: 4/8/2025   DAY: Tuesday   START TIME: 1:32 pm   END TIME: 2:08 pm
JUDGE/MAG.: S. Crocker   CLERK: VOU   REPORTER: Video Conference
PROBATION OFFICER: B. Schalow   INTERPRETER: _____   SWORN: YES ☐ NO ☐
CASE NUMBER: 24-cr-50-jdp   CASE NAME: USA v. Steven Anderegg
PROCEEDING: Motion Hearing

**APPEARANCES:**
ASST. U.S. ATTY.: William G. Clayman   DEFENDANT ATTY.: Joseph Aragorn Bugni
Ross Goldman

DEFENDANT PRESENT:   ☒ YES   ☐ NO   ☐ EXCUSED BY COURT

Motion granted with special conditions.

TOTAL COURT TIME: 0.36"