IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    v.                                      Case No. 24-CR-50-JDP

STEVEN ANDEREGG,

    Defendant.

---

## GOVERNMENT'S MOTION TO SEAL

---

The United States of America, by and through undersigned counsel, hereby moves the Court to seal the Government's Response in Opposition to Defendant's Motion to Modify Bond and the attached exhibit. Dkt. 89. The filing contains identifying information about a minor victim of a crime and other sensitive information about that victim. Pursuant to 18 U.S.C. § 3509(d), any filings that "disclose the name of or any other information concerning a child shall be filed under seal." While § 3509(d)(2) permits the sealed filing of any such document "without necessity of obtaining a court order," the United States nevertheless submits this motion out of an abundance of caution.

    Dated this 23rd day of May, 2025.

                                                      Respectfully submitted,

                                                      STEVEN J. GROCKI
                                                      Chief, Child Exploitation & Obscenity Section

By:

                                                      */s/ William G. Clayman*
                                                      William G. Clayman
                                                      Trial Attorney