HURLEY BURISH, S.C.
ATTORNEYS

33 EAST MAIN STREET, SUITE 400

Mailing Address:
POST OFFICE BOX 1528
MADISON, WI 53701-1528

| | | |
|---|---|---|
| Delaney B. Agnew | Peyton B. Engel | Tel. (608) 257-0945 |
| Jonas B. Bednarek | Andrew W. Erlandson | Fax. (608) 257-5764 |
| Cricket R. Beeson | Stephen P. Hurley | www.hurleyburish.com |
| Marcus J. Berghahn | Jennifer E. Recktenwald | Author's e-mail: |
| Joseph A. Bugni | David E. Saperstein | jbugni@hurleyburish.com |
| Mark D. Burish | Daniel J. Schlichting | |
| Skylar R. Croy | Catherine E. White | |

August 22, 2025

Honorable James D. Peterson
District Court Judge
U.S. District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

    Re:    ***United States of America v. Steven Anderegg***
               W.D. Case No. 24 cr 50 (jdp)

To the Honorable James D. Peterson,

    In response to the Court's order regarding Mr. Anderegg's visitation with his son, the defense files this letter providing fuller details on the proposed plan.

    The defense would request that Anderegg be allowed to have visitation with his son through and at The Parenting Place. It is a non-profit organization in La Crosse. It provides, among other things, a safe environment for parents to interact with their children, while being supervised by a trained third party. This is the website, so the Court can see for itself what type of place it is. https://www.theparentingplace.net/visit-exchange/

Here is a description of its services as it relates to the visitation and exchange program:

> The Supervised Visitation and Exchange Program offers a safe, family-friendly place for families affected by domestic violence to visit with their children in a supervised setting, or to exchange their children for shared placement. Children are able to continue having a relationship with both parents in a safe, conflict-free environment. All supervised visits and exchanges take place at The Parenting Place in La Crosse. This program is

Hurley Burish, s.c.

Honorable James D. Peterson
August 22, 205
Page 2

a partnership with New Horizons and La Crosse County courts. Referrals are received through Family Court order, Mediation and Family Court Services, attorneys or self-referral.

The Parenting Place is used in the La Crosse area when courts have concerns of one-on-one contact with a minor and an adult. In those cases, the Parenting Place allows the parent and child the opportunity to interact, but it's always supervised and importantly safe. What's more, the probation office can check in and ensure that everything is going according to plan by calling one of the trained supervisors, who is always observing the parent-child interaction. Those trained supervisors will ensure that every rule is being enforced. If not, the visit is terminated and a report is given.

In the end, the Court's reservation is that Anderegg not be supervised by a family member. That's understandable. Allowing supervised visits through the Parenting Place will allow him to be supervised by a trained person, who is not a family member, it will provide more flexibility than the therapist would, and it will be less expensive. What's more, it will ensure that the Court provides the least restrictive means necessary to comply with the Bail Reform Act, while also ensuring that Anderegg can have contact with his son.

Sincerely,

HURLEY BURISH, S.C.

*/s/ Joseph A. Bugni*

Joseph A. Bugni

JAB:mns
F:\-clients\Anderegg Steven\Correspondence\Judge Peterson 25-08-22.docx